IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BROADBAND GRAPHICS, LLC,    3:11-CV-00121-BR

Plaintiff,

**JUDGMENT OF DISMISSAL**

v.

FOREX CLUB, LLC,

Defendant.

Based upon the filing of the Stipulation of Voluntary Dismissal with Prejudice [17] filed by all parties, this matter is hereby **DISMISSED with prejudice** and without costs or attorney fees to either party.

Dated this 6th day of September, 2011.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL